# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KIRSHA BROWN,

    Plaintiff,

v.

ROB DILLMAN, et al.,

    Defendants.

Case No. 2:10-CV-00921-KJD-PAL

**ORDER**

    On August 19, 2010, Magistrate Judge Peggy A. Leen issued a Report and Recommendation (#7), recommending that Plaintiff's Complaint be dismissed, upon finding that said Plaintiff's underlying Complaint failed to state a claim upon which relief could be granted, and that Plaintiff had failed to comply with the Court's previous Screening Order (#5) which warned Plaintiff that the action would be dismissed if an amended complaint was not timely filed. To date, Plaintiff has not filed an amended complaint.

    Additionally, on January 14, 2011, the copy of the Magistrate Judge's Report and Recommendation that was sent to Plaintiff through the United States Postal Service, was returned to the Court with a notification "unable to forward". (#10) Local Special Rule 2-2 requires that a Plaintiff immediately file with the Court a notification of any change of address, stating that failure to do so may result in dismissal of the action. Accordingly, and good cause appearing, the Court

accepts the Report and Recommendation of the Magistrate Judge in whole (#7) and dismisses the Complaint without prejudice for Plaintiff's failure to file an amended complaint, objections to the Report and Recommendation, or an updated current address.

**IT IS SO ORDERED**.

DATED this 17th day of January 2011.

_____
Kent J. Dawson
United States District Judge